IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTOPHER CHURCHILL | : | CIVIL ACTION |
| *On behalf of himself and all others similarly situated* | : : : | |
| v. | : | No. 10-6911 |
| | : | |
| CIGNA CORPORATION, et al. | : | |

**ORDER**

AND NOW, this 26th day of August, 2011, it is ORDERED Plaintiff's Motion to Compel Designee Deposition (Document 42) and Defendants' Cross-Motion for Protective Order (Document 44) are DENIED as moot.[1]

It is further ORDERED Plaintiff's Motion for Partial Summary Judgment (Document 74) is DENIED without prejudice.[2]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] In an August 26, 2011, teleconference with the parties, counsel advised this Court that both motions are withdrawn.

[2] As explained in this Court's August 12, 2011, Order, the motion for partial summary judgment is premature and is therefore denied without prejudice to reassertion after resolution of the ongoing dispute regarding the scope of the class to be certified.